```
                                                              FILED
                                                           April 18, 2013
         UNITED STATES DISTRICT COURT FOR THE          CLERK, US DISTRICT COURT
                                                        EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA               CALIFORNIA
                                                            DEPUTY CLERK
```

UNITED STATES OF AMERICA,       )
                                )       Case No. 2:13-cr-00103-KJM
            Plaintiff,          )
                                )
v.                              )
                                )       ORDER FOR RELEASE OF
ADIL QAYYUM,                    )       PERSON IN CUSTODY
                                )
            Defendant.          )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release ADIL QAYYUM, Case No. 2:13-cr-00103-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_   Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $50,000.00.

    __X__   Co-Signed Unsecured Appearance Bond

    \_\_\_\_   Secured Appearance Bond

    __X__   (Other) Conditions as stated on the record.

    __X__   (Other) The bond paperwork is to be filed by 5/2/2013.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  4/18/2013   at  3:07 pm.

By _____
   Edmund F. Brennan
   United States Magistrate Judge