Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
ADIL QAYYUM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 13-cr-103 MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION RE TRAVEL** |
| vs. | ) | |
| ADIL QAYYUM, | ) | **Date: N/A** |
| | ) | **Time: N/A** |
| Defendant. | ) | **Courtroom: Honorable** |
| | ) | **EDMUND F. BRENNAN** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |

It is hereby stipulated by and between the parties and their respective counsel, Assistant U.S. Attorney Todd Pickles for the United States and Patrick K. Hanly for the defendant, that Defendant ADIL QAYYUM may travel to San Francisco, California from June 20, 2014 to June 25, 2014 and to Costa Rica from June 25, 2014 to June 29, 2014.

Dated: June 3, 2014                     /s/ Todd Pickles
                                        Assistant United States Attorney

Dated: June 3, 2014                     /s/ Patrick K. Hanly
                                        Attorney for Defendant Adil Qayyum

**IT IS SO ORDERED**.
Dated: June 4, 2014
                                        _____
                                        Honorable EDMUND F. BRENNAN
                                        United States Magistrate Judge

STIPULATION RE TRAVEL