Law Office of Patrick K. Hanly (Bar # 128521)
431 I Street Suite 201
Sacramento CA 95814
Telephone (916) 773-2211
Facsimile (916) 440-9610

Attorney for Defendant
ADIL QAYYUM

**FILED**
OCT 30 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 13-103  MCE |
| Plaintiff, | **ORDER FOR RELEASE OF PASSPORT** |
| v. | DATE: October 30, 2014 |
| ADIL QAYYUM, | TIME: 9:00 A.M. |
| Defendant, | PLACE: HONORABLE MORRISON C. ENGLAND JR., CHIEF JUDGE |

The Clerk for the Eastern District of California is hereby **ORDERED** to release the Passport of defendant Adil Qayyum to him forthwith.

**IT IS SO ORDERED.**

Dated: October 30, 2014

_____
MORRISON C. ENGLAND JR.
CHIEF JUDGE